### 22612.   FENNELL *v.* THE STATE.

HOOPER, J. It not appearing from the bill of exceptions in this case that any final judgment has been rendered in the lower court, the Court of Appeals has no jurisdiction to pass upon an assignment of error com-

plaining of the judgment of the trial court denying defendant's plea of former jeopardy. *McElroy* v. *State*, 123 *Ga.* 546 (51 S. E. 596).

*Writ of error dismissed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED DECEMBER 31, 1932.

*Lester F. Watson, R. I. Stephens,* for plaintiff in error.

*J. A. Merritt, solicitor,* contra.

